October 24, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

VINMAR OVERSEAS SINGAPORE PTE LTD, Appellant

NO. 14-16-00934-CV                           V.

PTT INTERNATIONAL TRADING PTE LTD, Appellee

_____

This cause, an appeal from the order in favor of appellee, PTT International Trading PTE LTD, signed October 28, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant Vinmar Overseas Singapore PTE LTD to pay all costs incurred in this appeal.

We further order this decision certified below for observance.